JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMEN SHAMAMYAN, an individual, on behalf of himself and all others similarly situated, and the general public,** ) ) ) ) | Case No.: CV 19-5422-DMG (FFMx) |
| ) **Plaintiff,** ) | **ORDER TO DISMISS ACTION WITHOUT PREJUDICE [30]** |
| ) **vs.** ) | |
| ) **FCA US LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,** ) ) ) | |
| ) **Defendants.** ) | |

IT IS HEREBY ORDERED that pursuant to Plaintiff's Notice of Voluntary Dismissal, the above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint [Doc. # 27] is DENIED as moot. The June 26, 2020 hearing is VACATED.

DATED: June 5, 2020



DOLLY M. GEE
UNITED STATES DISTRICT JUDGE